# United States Court of Appeals
### For the Eighth Circuit

_____

No. 19-1420
_____

United States of America

*Plaintiff - Appellee*

v.

Marcos Antonio Chavez Gonzalez

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Southern District of Iowa - Des Moines

_____

Submitted: September 5, 2019
Filed: September 9, 2019
[Unpublished]

_____

Before LOKEN, GRUENDER, and KOBES, Circuit Judges.

_____

PER CURIAM.

Marcos Gonzalez appeals after he pleaded guilty to illegal reentry into the United States and the district court[1] sentenced him to a prison term below the calculated Guidelines range.

We conclude that the district court imposed a substantively reasonable sentence. Gonzalez was sentenced below the calculated Guidelines range and there is no indication that the court overlooked a relevant factor, gave significant weight to an improper or irrelevant factor, or committed a clear error of judgment in weighing appropriate factors. See United States v. Feemster, 572 F.3d 455, 461–62 (8th Cir. 2009) (en banc) (discussing substantive reasonableness); see also United States v. McCauley, 715 F.3d 1119, 1127 (8th Cir. 2013) (where district court has varied below Guidelines range, it is "nearly inconceivable" that court abused its discretion in not varying downward still further). Having independently reviewed the record under Penson v. Ohio, 488 U.S. 75 (1988), we find no non-frivolous issues for appeal. Accordingly, we affirm, and we grant counsel permission to withdraw.

_____

[1]The Honorable Rebecca Goodgame Ebinger, United States District Judge for the Southern District of Iowa.